1

2

3

4

5

6                        UNITED STATES DISTRICT COURT
                        WESTERN DISTRICT OF WASHINGTON
7                                    AT SEATTLE

8    _____
                                            )
9    ANTOLIN ANDREW MARKS,                  )        No. MC08-5045
                                            )
10                          Plaintiff,      )
                    v.                      )        ORDER
11                                          )
     JOHN P. TORRES, *et al.*,              )
12                                          )
                            Defendants.     )
13   _____ )

14          This matter comes before the Court *sua sponte*. On March 24, 2008, the

15   Honorable Franklin D. Burgess, United States District Court Judge, entered an order barring

16   plaintiff from litigating in this district unless he provides a "signed affidavit, along with the

17   proposed complaint, verifying under penalty of perjury that none of the issues raised in the

18   proposed complaint have been litigated in the past by the [p]laintiff." Plaintiff was also barred

19   from proceeding *in forma pauperis* unless he shows that he is in imminent danger of serious

20   bodily injury or death.

21          On October 17, 2008, the United States District Court for the District of Columbia

22   transferred an action to this District. Because this "new" action was originally filed on

23   September 20, 2007, before the bar order was entered, it may proceed subject to the post-filing

24   requirements imposed in Marks v. United States, C07-5679FDB. The Clerk of Court shall

25   docket this order in MC08-5045 and open a new cause of action containing all documents

26

     ORDER

1  related to plaintiff's October 17, 2008, submission.

2

3           Dated this 20th day of October, 2008.

4                                    _MW S Lasnik_

5                                    Robert S. Lasnik

6                                    Chief Judge, United States District Court

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER                            -2-