# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

_____
                                    )
ANTOLIN ANDREW MARKS,               )   No. MC08-5045
                                    )
                Plaintiff,          )
        v.                          )   ORDER
                                    )
MICHAEL MUKASEY, *et al.*,          )
                                    )
                Defendants.         )
_____)

This matter comes before the Court *sua sponte*. On March 24, 2008, the Honorable Franklin D. Burgess, United States District Court Judge, entered an order barring plaintiff from litigating in this district unless he provides a "signed affidavit, along with the proposed complaint, verifying under penalty of perjury that none of the issues raised in the proposed complaint have been litigated in the past by the [p]laintiff." Plaintiff was also barred from proceeding *in forma pauperis* unless he shows that he is in imminent danger of serious bodily injury or death. On December 8, 2008, plaintiff filed a complaint and an application to proceed *in forma pauperis* in the United States District Court for the District of Columbia. The matter was deemed a challenge to plaintiff's detention by Immigration and Custom Enforcement and transferred to this district. Dkt. # 17. The complaint is now before the undersigned for review pursuant to the terms of the bar order.

Plaintiff's submission does not satisfy the March 24, 2008, bar order. Plaintiff has

ORDER

not verified, under penalty of perjury, that the claims asserted have not already been litigated. The new action transferred from the District of Columbia (Dkt. # 17) shall not be permitted to proceed. The Clerk of Court shall docket this order in MC08-5045. Neither the Clerk of Court nor defendants need take any further action with regards to this matter.

Dated this 23rd day of January, 2009.

*Robert S. Lasnik*
Robert S. Lasnik
Chief Judge, United States District Court